**STATE of Missouri, Respondent,**

v.

**Kenneth Harold WILLARD, Appellant.**

**No. WD 35418.**

Missouri Court of Appeals,
Western District.

May 15, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 3, 1984.

Application to Transfer Denied Sept. 11, 1984.

Patrick J. Eng, Columbia, for appellant.

Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of six counts of assault in the second degree pursuant to § 565.060, RSMo 1978, and sentence of six concurrent one year terms.

Judgment affirmed.

All concur. Rule 30.25(b).